AO 247 (Rev. 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)        Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| **CURTIS HILLIARD** | ) |
| | ) Case No:   1: 22 CR 82-02 (CM) |
| | ) USM No:   85730-509 |
| Date of Original Judgment:        12/15/2022 | ) |
| Date of Previous Amended Judgment: | )   Sarah Sacks |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
    ☑ DENIED.    ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

The Probation Department has determined that Hilliard is eligible for the 2-level offense level reduction for offenders with zero (0) criminal history points, pursuant to Amendment 821 to the United States Sentencing Guidelines Manual. Probation has determined that Hilliard's revised sentencing guidelines range is now 60-71 months' imprisonment, based on an offense level of 25 (applying the 2-level reduction) and criminal history category of 1.  Probation also reports that Hilliard has not received any disciplinary infractions while in custody.
  The Court finds that the Hilliard is eligible for a sentence reduction and adopts the above calculations as his now applicable Guidelines range.
  Notwithstanding Hilliard's eligibility for a sentencing reduction of up to 10-months, the Court declines—in an exercise of its discretion—to reduce his sentence. (*See* Court's Decision dated March 20, 2024).

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date:        03/20/2024                                    _Judge's signature_

Effective Date: _____                      Colleen McMahon, U.S.D.J.
        *(if different from order date)*                   _Printed name and title_